■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Petitioner, v COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NEW YORK et al., Respondents. —

Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of Motor Vehicles of the State of New York, dated January 24, 1982, which, after a hearing, found petitioner to be in violation of 15 NYCRR 82.4 (a) (11) and imposed a civil penalty of $100. Determination confirmed and proceeding dismissed on the merits, with costs. There is substantial evidence in the record to support the commissioner's determination that petitioner had engaged in a course of conduct which unduly delayed or impaired its insured's right to a fair recovery (see *Matter of Purdy v Kreisberg,* 47 NY2d 354; *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 179; *Matter of Pell v Board of Educ.,* 34 NY2d 222). We have considered petitioner's other contentions and find them to be without merit. Titone, J. P., Thompson, O'Connor and Rubin, JJ., concur.